Raffi Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
Nationstar Mortgage LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SABRENA ALIAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; Nationstar Mortgage LLC, and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No: 2:18-cv-01238-JAM-CKD<br><br>**STIPULATION TO DISMISS; ORDER**<br><br>Date: February 11, 2019<br><br>Honorable John A. Mendez |

Plaintiff Sabrena Alias ("Plaintiff") and Defendant Nationstar Mortgage LLC ("Nationstar" or "Defendant") through their respective counsel, hereby represent to the Court that they have entered into a written settlement agreement resolving all claims in the above-captioned matter, and hereby stipulate and request that the Court:

1. Dismiss the entire action with prejudice, each party to bear its own fees and costs; and

2. Enter an Order of Dismissal in accordance with this stipulation in the form of the proposed order attached hereto.

– 1 –
STIPULATION TO DISMISS; [PROPOSED] ORDER

IT IS SO STIPULATED.

DATED: February 11, 2019    SAGARIA LAW P.C.

By:    */s/ Elliot W. Gale*
Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe B. Angelo (SBN 268542)
Scott M. Johnson (SBN 287182)

Attorneys for Plaintiff, Sabrena Alias

DATED: February 11, 2019    REED SMITH LLP

By:    */s/ Raffi Kassabian*

Raffi Kassabian (SBN 260358)

Attorneys for Defendant,
Nationstar Mortgage LLC

# **ORDER OF DISMISSAL**

Plaintiff Sabrena Alias and Defendant Nationstar Mortgage LLC having stipulated for dismissal of this action with prejudice and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. That the entire action and each and every cause of action therein, shall be, and hereby is, dismissed with prejudice as to Defendant **Nationstar Mortgage LLC**; and

2. That each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: 2/11/2019            /s/ John A. Mendez_____
                            Honorable John A. Mendez
                            United States District Court Judge