Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Sabrina Alias

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| SABRINA ALIAS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>　　　　Defendant. | Case No.: 2:18-cv-01238-JAM-CKD<br><br>**ORDER** |

## ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  3/7/19                                         /s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　　　Hon. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE